# United States District Court
## Northern District of Texas
*Dallas Division*

UNITED STATES OF AMERICA
V.
**Vernon Cooks, Jr. (1)**
AKA: Jibreel Rashad

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3-06-cr-85-L
MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Vernon Cooks, Jr.** and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

**Wire Fraud and Aiding and Abetting, Bank Fraud and Aiding and Abetting; Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity and Aiding and Abetting**

in violation of Title 18 United States Code, Section(s) 1343 and 2, 1344 and 2, 1957(a) and 2.

| KAREN MITCHELL | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| HONORABLE Barbara M.G. Lynn | March 8, 2006 |
| U.S. District Judge | Date and Location |
| By: J. Baggett, Deputy Clerk | |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |