IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Case No. **3:06-CR-0085-L(01)** |
| | § | |
| **VERNON COOKS, JR., a/k/a** | § | |
| **JIBREEL RASHAD,** | § | |

### ORDER

On May 1, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 235) was entered, recommending that the court deny without prejudice Defendant's motions for relief under the First Step Act (Docs. 231, 233, 234), construe the motions as requests for relief under 28 U.S.C. § 2241, and deny without prejudice the motions as premature. No objections to the Report were filed.

Having reviewed the motions, file, record in this case, and Report, the court determines that the findings and recommendation are correct, and **accepts** them as those of the court. Accordingly, the court **construes** Defendant's motions for relief under the First Step Act (Docs. 231, 233, 234) as requests for relief under 28 U.S.C. § 2241 and **denies without prejudice** the motions as premature.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court **denies** a certificate of appealability.[1] The court determines that Defendant has failed to

---

[1] Rule 11 of the Rules Governing §§ 2254 and 2255 Cases provides as follows:

**(a)** **Certificate of Appealability.** The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the

show: (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong;" or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). In support of this determination, the court accepts and incorporates by reference the Report (Doc. 235) in this case. In the event that Defendant files a notice of appeal, he must pay the $505 appellate filing fee or submit a motion to proceed *in forma pauperis* ("IFP"), unless he has been granted IFP status by the district court.

**It is so ordered** this 17th day of July, 2019.

Sam A. Lindsay
United States District Judge

---

court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.

  **(b)** **Time to Appeal.** Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules. A timely notice of appeal must be filed even if the district court issues a certificate of appealability